IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HUBERT GRISSETT, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 06-0711-KD-M |
| MS. BROWN, et al., | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.[1]

DONE this 1st day of May, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] On April 19, 2007, a copy of the Report and Recommendation was forwarded to plaintiff at the address he provided the Court. (Doc. 5) The Report and Recommendation was returned undeliverable to the Court on April 24, 2007. (Doc. 6). Plaintiff has not provided the Court with any address other than the Brewton, Alabama address to which the Report and Recommendation was sent. On May 1, 2007, the Court verified that plaintiff is no longer in the custody of Escambia County.